IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | 1:10-CR-0368-RWS |
| INNOCENT CHUKWUNONSO OKEKE, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

This case is before the Court for consideration of the Report and Recommendation [14] of Magistrate Judge Gerrilyn G. Brill.  After reviewing the Report and Recommendation and the Objections [16] thereto, the Report and Recommendation is received with approval and adopted as the Opinion and Order of this Court.

Accordingly, Defendant's Motion to Dismiss [11] is **DENIED**.

**SO ORDERED** this  23rd  day of November, 2010.

                                                                         _____
                                                                         **RICHARD W. STORY**
                                                                         United States District Judge