# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | 1:10-CR-0368-RWS |
| INNOCENT CHUKWUNONSO OKEKE, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

This case is before the Court for consideration of the Report and Recommendation [35] of Magistrate Judge Gerrilyn G. Brill. After reviewing the Report and Recommendation and the Objections [37] thereto, the Report and Recommendation is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Defendant's Motion [27] is hereby **DENIED**, and he is **DENIED** a certificate of appealability.

**SO ORDERED** this   29th   day of June, 2012.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE